UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ASHBY, | |
| Petitioner, | Case No. C03-5385RJB |
| v. | BRIEFING SCHEDULE |
| JOSEPH LEHMAN, | |
| Respondent. | |

This Habeas Corpus petition filed pursuant to 28 U.S.C. § 2254 has been re-referred to this court. The Ninth Circuit has reversed the District Court on one issue and ordered the court to address whether the petitioner was denied due process with regard to his ability to present staff witnesses at his disciplinary hearing.

The Respondent will file a brief addressing this issue on or before **September 29th, 2006.** Petitioner will file a response on or before **October 27th, 2006.** In addition to any briefing the parties wish to submit the court asks the parties to address the following two issues:

1. Where, in the petition before the court, was this issue raised?

ORDER
Page - 1

1    2.    Is this issue exhausted?

2    The Clerk is directed to send copies of this Order to petitioner and counsel for respondent

3 and to note the matter on the Court's **October 27th, 2006 calendar**.

5    DATED this 28th day of August, 2006.

7    */S/ J. Kelley Arnold*
     J. Kelley Arnold
8    United States Magistrate Judge

ORDER
Page - 2