UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ASHBY,

    Petitioner,

    v.

ALICE PAYNE,

    Respondent.

Case No. C03-5385RJB

ORDER DENYING ACCESS TO A TYPEWRITER AS MOOT AND GRANTING AN EXTENSION OF TIME TO FILE A RESPONSIVE BRIEF

    This Habeas Corpus petition filed pursuant to 28 U.S.C. § 2254 has been re-referred to this court following an appeal. Before the court are two motions filed by petitioner (Dkt. # 57 and 58). Petitioner asks for a 90 day extension of time, until January 26th, 2007, to reply to respondent's pleadings in this case (Dkt. # 57). He also asks for access to his typewriter and claims portions of his responsive pleading are stored in the memory of that machine (Dkt. # 58).

    The pleadings on file show that petitioner was placed in segregation for a number of infractions and for investigation. Inmates are not normally allowed access to a typewriter while in segregation. Counsel for respondents made arrangements for Mr. Ashby to gain access to his typewriter and written materials after he received Mr. Ashby's motions (Dkt. # 60, page 3). Mr.

ORDER - 1

Asby agrees he received the documents and was able to retrieve a copy of his legal work from the memory of his typewriter (Dkt. # 66, page 4).  The motion for access to materials and his typewriter is therefore **DENIED AS MOOT.**

      Counsel for respondent originally asserted Mr. Ashby was scheduled to be released from segregation on October 28th, 2006 and opposed a 90 day continuance (Dkt. # 60, page 3).  Since the filing of that document counsel has learned that Mr. Ashby has been reclassified as a result of the infractions and he will be held in segregation until he is transferred to another facility (Dkt. # 63). Respondent no longer opposes the request for a 90 day extension of time to file a final brief.

      The court is aware that when an inmate is transferred the inmate is allowed to take only a limited number of boxes of legal materials.  The court expects Mr. Ashby to take with him the materials needed for this action.  The motion for an extension of time until **January 26th, 2007** to file a reply brief in this action is **GRANTED.**

      The clerk is directed to send copies of this order to petitioner and counsel for respondent.

      DATED this 16th, day of November, 2006.

                          */S/ J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge

ORDER - 2