# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL EUGENE ASHBY | JUDGMENT IN A CIVIL CASE |
| v. | |
| JOSEPH LEHMAN | CASE NUMBER: C03-5385RJB |

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     U.S. Magistrate Judge J. Kelley Arnold's Report and Recommendation, Dkt #81, is ADOPTED. The petition is DISMISSED WITH PREJUDICE.

May 25, 2007

BRUCE RIFKIN
Clerk

/s/Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk